**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6379**

ROBERT JOSEPH FIORE, II,

       Plaintiff – Appellant,

        v.

CAPTAIN MILEM,

       Defendant – Appellee,

        and

ROWAN COUNTY SHERIFF'S DEPARTMENT; UNKNOWN MAIL ROOM PERSONNEL,

       Defendants.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Loretta Copeland Biggs, District Judge.  (1:14-cv-00731-LCB-JEP)

Submitted:  May 23, 2017                         Decided:  May 26, 2017

Before KING, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Joseph Fiore, II, Appellant Pro Se. Bradley O. Wood, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Winston-Salem, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Joseph Fiore, II, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fiore v. Milem*, No. 1:14-cv-00731-LCB-JEP (M.D.N.C. Mar. 9, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*